IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBORAH MALLOY,

Plaintiff,

v.

CARLISLE CONSTRUCTION MATERIALS,
LLC,
*d/b/a* Carlisle Manufacturing Products,

Defendant.

Case No. 25-1879 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 6/15/2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**DISTRICT JUDGE**